222 So.2d 65

### Aliston STEPHNEY

**v.**

### Borlande D. ROBERTSON and Alvin B. Werner W. R. C. Construction Company, Inc.

#### No. 49774.

May 9, 1969.

In re: Aliston Stephney applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 219 So.2d 9.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

222 So.2d 65

### Aliston STEPHNEY

**v.**

### W. R. C. CONSTRUCTION COMPANY, Inc.

#### No. 49775.

May 9, 1969.

In re: W. R. C. Construction Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 219 So.2d 9.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

222 So.2d 65

### SUCCESSION of Lee Jones GRIGSBY.

#### No. 49777.

May 8, 1969.

In re: James P. Hamilton applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Winn. 219 So.2d 832.

Writs denied. There is no error in the judgment complained of.

222 So.2d 66

### Veday J. MALBROUGH, Jr.

**v.**

### Amos DAVIDSON et al.

#### No. 49778.

May 9, 1969.

In re: Doris P. Malbrough et al., applying for certiorari, or writ of review, to the